FILED
JUN 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the District Court for the District of Columbia.

James Moore Reg No. 08908-007
  Plaintiff
POB 34429
Charlotte, NC 28234-4429

Vs

Federal Bureau of Prisons
320-First St N.W
Washington, D.C. 20534

Case No.

Case: 1:07-cv-01080
Assigned To : Unassigned
Assign. Date : 6/18/2007
Description: Habeas Corpus/2255

## Motion For Habeas Corpus

COMES NOW, the plaintiff James Moore Reg. 08908-007 pursuant to the Habeaus Corpus Rules and proceedures under the Federal Law.

Plaintiff supports his motion with the Following:

1.) The plaintiff is D.C. Federal prisoner, that is housed

1

RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK

-2-

at a state jail in Charlotte North Carolina.

2). Plaintiff was detained at the Mecklenburg Co. Jail, by the U.S. Parole Commission, on 12-22-06.

3.) Plaintiff is a Washington, D.C. prisoner, and lives in the District of Columbia, not Charlotte, North Carolina.

4.) Plaintiff's release date is August 19, 2007, and plaintiff is less than 120 days prior to this release date. Plaintiff cannot be released from this jail.

5.) The Bureau of prison rules and procedures state that, prisoners are eligable for the CCM, 120 days prior to their effective release dates. At this time this prisoner is eligable for CCM halfway house, in the District of Columbia.

-3-

6.) Prisoner is Bipolar, and legally disable and recieves disability.

7.) Plaintiff has not be given the correct medication since he was placed in this Mecklenburg County Jail (4) Four months ago.

8. The plaintiff has written the Federal Bureau of prisons at 320-First St. N.W. and called this office (202) 307-3198, along with the contact of his family members on several different dates. Plaintiff has made no progress, and still sits in the Mecklenburg Co. Jail, in North Carolina

Wherefore, the reasons stated herein, the plaintiff is requesting that, this court Order the Federal Bureau of prisons to show cause, as to why he is still here at this County jail, suffering without his medication and being denied his due process and prisoner rights of going to a CCM Halfway House. Therefore, plaintiff should be transferred as soon as possible to a Federal Facility, so that the proper officials can process his papers, for his re-entry back into society.