FILED
JUN 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-4-

## DECLARATION

07 1080

I, James K. Moore Reg. No. 08908-007 do declare under the penalty of purjury that all the facts state herein, this Motion for Habeas Corpus, is true. On this 8th day of May 2007.    /s/ James K. Moore

## Motion to proceed in Forma Pauperis

Comes now the Plaintiff James Moore Reg No. 08908-007 and respectfull request this court to allow this said Motion of Habeas Corpus, to be allowed to proceed without payment, due to the plaintiffs status of "Indigent." Plaintiff is out of state, without funds to proceed with the cost of a filing fee, of this motion.

WHEREFORE, the plaintiff prays that this request and motion be granted.

/s/ James K. Moore

RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2