FILED
JUN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES MOORE, )
 )
    Petitioner, )
 )
v. ) Civil Action No. 07 1080
 )
FEDERAL BUREAU OF PRISONS, )
 )
    Respondent. )

## TRANSFER ORDER

This matter comes before the Court on review of a *pro se* motion for habeas corpus and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at a state facility in Charlotte, North Carolina.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Western District of North Carolina. Whether plaintiff should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

/s/ Colleen Kollar-Kotelly
United States District Judge

DATE: May 21, 2007